No. 727. WRIGHT, SUCCESSOR TO HOFFMAN, STATE TREASURER, ET AL. *v.* MISSISSIPPI RIVER FUEL CORP. Supreme Court of Illinois. The motion that cause pro-

ceed with Warren E. Wright as one of the petitioners is granted. Certiorari denied. *Latham Castle,* Attorney General of Illinois, *John L. Davidson, Jr.,* First Assistant Attorney General, *William C. Wines,* Assistant Attorney General, and *Richard L. Cooper,* Special Assistant Attorney General, for petitioners. *William A. Dougherty, James Lawrence White, John H. Hendren, Norman J. Gundlach* and *Arthur W. Manley* for respondent.